IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC,<br><br>   *Plaintiff*,<br><br>v.<br><br>UNITED PARCEL SERVICE GENERAL SERVICES CO.,<br><br>   *Defendant*. | C.A. No. 20-cv-92-CAB-LL |

## PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT UNITED PARCEL SERVICE GENERAL SERVICES CO.

Plaintiff Symbology Innovations, LLC, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby provides notice that it dismisses WITHOUT prejudice all claims by Plaintiff against Defendant United Parcel Service General Services Co. Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: March 6, 2020

                Respectfully submitted,

                /s/ *Kirk J. Anderson*
                Kirk J. Anderson (SBN 289043)
                Budo Law P.C.
                5610 Ward Rd., Ste. 300
                Arvada, CO 80002
                Telephone: (720) 225-9440
                kanderson@budolaw.com

                *Attorney(s) for Plaintiff Symbology Innovations, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2020, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

/s/ *Kirk J. Anderson*
Kirk J. Anderson